IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Keena Moore Pratt, ) | |
| ) | C/A No. 0:16-2098-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff Keena Moore Pratt brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits. By order filed March 20, 2018, the case was reversed pursuant to sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for further proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), which motion was filed June 15, 2018. Counsel moves for attorney's fees in the amount of $4,519.47. On June 26, 2018, the Commissioner filed a Stipulation for An Award of Attorney Fees, indicating that counsel has agreed to attorney's fees in the amount of $4,400.00.

Plaintiff's motion for fees under the EAJA (ECF No. 26) is **granted** in the amount of $4,400.00, to be paid in accordance with the procedures set forth in the Commissioner's response (ECF No. 27).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
July 5, 2018